IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



Civil Action No. 07-cv-02364-BNB

JOHN J. POWERS,

    Applicant,

v.

STAN HILKEY, Sheriff, Mesa County, Colorado, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER OF DISMISSAL

Applicant John J. Powers, at the time he submitted the instant action to the Court, was detained at the Moffat County Jail in Craig, Colorado. Mr. Powers, a *pro se* litigant, initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. In an order filed on January 29, 2008, Magistrate Judge Boyd N. Boland instructed Mr. Powers to respond and show cause why the Application should not be denied because the claims he raises are premature. Mr. Powers was warned that the action would be dismissed without further notice if he failed to respond within thirty days from the date of the January 29, 2008, Order.

The January 29, 2008, Order was returned to the Court, on February 12, 2008, 2007, in an envelope marked "Return to Sender Attempted Not Known Unable to Forward." Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States

District Court for the District of Colorado-Civil, a party must file a notice of a new address within ten days of any change of address.

Nonetheless, Applicant now has failed to communicate with the Court, and as a result he has failed to comply with Magistrate Judge Boland's January 29, 2008, Order within the time allowed. Furthermore upon review of the Application, the Court finds that Magistrate Judge Boland correctly determined that Applicant should respond and show cause why the Application should not be denied because the claims he raises are premature. Therefore the action will be dismissed. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to respond to the January 29, 2008, Order and to prosecute.

DATED at Denver, Colorado, this 20 day of _____March_____, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02364-BNB

John J. Powers
Prisoner No. 127861
Moffat County Jail
800 W. 1st Street, Suite 200
Craig, CO 81625

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/21/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk